U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KEVIN BOUDREAUX AND SUSAN CONNER BOUDREAUX | : | DOCKET NO. 06-2131 |
| VS. | : | JUDGE TRIMBLE |
| STATE FARM FIRE & CASUALTY CO. AND ENOS DERBONNE, JR. | : | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation of the Magistrate Judge is hereby adopted for the reasons set forth therein and remand is **DENIED,** and Defendant, Enos Derbonne, Jr. is hereby dismissed with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of November, 2007

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE